

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00330-CV

**IN THE INTEREST OF L.G.D. AND R.O.B**, Children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00769
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On May 13, 2022, the trial court signed a final judgment terminating the parental rights of appellants J.B. and N.D. Because this is an accelerated appeal, the notice of appeal was due to be filed on June 2, 2022. *See* TEX. R. APP. P. 4.1(a), 26.1(b), 28.4; TEX. FAM. CODE ANN. § 263.405(a). A motion for extension of time to file the notice of appeal was due to be filed on June 17, 2022. *See* TEX. R. APP. P. 26.3. J.B. timely filed a notice of appeal, but to date, N.D. has not filed a notice of appeal. N.D., however, filed a motion for extension of time to file her brief on July 6, 2022, and she filed a brief on August 4, 2022. In her statement of the case in her brief, N.D. states that she filed a notice of appeal, but the record cite given is to J.B.'s notice of appeal.

The timely filing of a notice of appeal is jurisdictional, and absent a timely filed notice of appeal or a timely filed request for an extension of time, we generally must dismiss the appeal. *See id. R.* P. 25.1(b); *In re K.M.Z.*, 178 S.W.3d 432, 433 (Tex. App.—Fort Worth 2005, no pet.). It is therefore ORDERED that N.D. file, **within seven days** from the date of this order, a response explaining how this court has jurisdiction over her appeal. If N.D. fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

It is so **ORDERED** August 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT